UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| OLUGBENGA ADEYEMI, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-09-4023 |
| | § | |
| BRENDA CHANEY, *et al*, | § | |
| | § | |
| Defendants. | § | |

# **ORDER**

Be it remembered that on this day, the Court considered defendant Mary Prater's motion to strike plaintiff's response to defendants' motion to dismiss. After having considered said motion, the Court is of the opinion that the defendant Prater's motion should be in all respects Denied.

**SO ORDERED.**

SIGNED at Houston, Texas this 12th day of February, 2010.

_____

Kenneth M. Hoyt
United States District Judge